[No. 66944-3-I.   Division One.   August 6, 2012.]

SHARON SUMERA, *Respondent*, v. GREGORY BEASLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-08141-9, Thomas J. Wynne, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Ellington, JJ.

[No. 66974-5-I.   Division One.   August 6, 2012.]

PATRICK E. MCKEOWN, *Appellant*, v. THE CITY OF MOUNTLAKE TERRACE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-04794-6, Thomas J. Wynne, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 67155-3-I.   Division One.   August 6, 2012.]

JOHN F. BUCHAN CONSTRUCTION, INC., *Respondent*, v. MICHAEL GIACOMO AUSTIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-35808-1, Julie A. Spector, J., entered April 21, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 67447-1-I.   Division One.   August 6, 2012.]

LARRY D. LARSEN, *Appellant*, v. JOSEPH D. BURZOTTA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36928-7, Monica J. Benton, J., entered June 20, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.